# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DEBRA STEWART (KRZTON)                                        PLAINTIFF

v.                              NO. 3:17-CV-252-BD

SOCIAL SECURITY ADMINISTRATION                               DEFENDANT


## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED,

ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting

Commissioner of the Social Security Administration, is REVERSED, and this case is

REMANDED for proceedings specified in the Court's order.

SO ORDERED, this 12th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE