# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DEBRA STEWART**                                                                                      **PLAINTIFF**

**V.**                           **CASE NO. 3:17-CV-252-BD**

**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## ORDER

Plaintiff Debra Stewart has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #17) She seeks fees and expenses in the amount of $3,595.07 (*Id.*) The Commissioner does not object to the amount requested. (#19)

Ms. Stewart's motion (#17) is GRANTED, and the Commissioner is directed to pay $3,595.07 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED, this 14th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE